# Court of Appeals
# of the State of Georgia

ATLANTA, August 14, 2026

*The Court of Appeals hereby passes the following order:*

**A27E0011. FELICIA A. BOYD-SHEELY A/K/A FELICIA SHEELY v. NEWREZ LLC d/b/a SHELLPOINT MORTGAGE SERVICING et al.**

Upon consideration of the Rule 40(b) Motion For Limited Stay of Substantive Superior Court Proceedings Pending Appeal and Motion For Narrow Injunction Preserving Actual Physical Possession Pending Appeal filed by Appellant Felicia Sheely, those motions are hereby DENIED.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,* 08/14/2026

　　I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

　　Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____, *Clerk.*